Marc S. Williams (Bar No. 198913)
Email: mwilliams@cohen-williams.com
Kathleen M. Erskine (Bar No. 223218)
Email: kerskine@cohen-williams.com
Martin J. Cristopher Santos (Bar No. 306346)
Email: csantos@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Plaintiffs Leon Chen and Sarah Chen

link 130

**JS-6**

case closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LEON CHEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARC FINEMAN, et al., <br><br> Defendants. <br><br> AND RELATED THIRD-PARTY COMPLAINT | Case No. 2:23-cv-08269-HDV-PVC <br><br> **[~~PROPOSED~~] ORDER VACATING STATUS CONFERENCE REGARDING SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the Stipulation submitted by counsel on behalf of Plaintiffs Leon Chen and Sarah Chen, Defendants and Third-Party Plaintiffs Marc Fineman and Avital Fineman, in their individual capacities and as co-trustees of the Fineman Family Trust, Defendant and Third-Party Defendant Adam Ibrahim, and Third-Party Defendant Candor Capital, LLC; and good cause appearing therefore:

IT IS ORDERED THAT:

1. The July 24, 2025 status conference regarding settlement is vacated.
2. Pursuant to Federal Rule of Civil Procedure 41(a), this action, including all claims and counterclaims by all Parties, is DISMISSED WITH PREJUDICE. Each Party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: June 30, 2025

By: _____
Hon. Hernán D. Vera
United States District Judge

[PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE